# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-1218

———————————————

DR. MICHÈLE LE BLANC,
individually,

    Petitioner,

    v.

615 CONDOMINIUM, INC.,
MUGUETTE ARLETTE SYRACUSE-
BOLOTTE a/k/a MUGUET A.
BOLOTTE, Riviera Insurance
Trustee and Fiduciary, JAMES
FRANCIS FITZPATRICK a/k/a JIM
FITZPATRICK, JEROME B.
GORDON a/k/a JERRY GORDON,
RANDLE J. CARPENTER, JR., CHIP
CRAVAACK, JULIA GREER CROW
a/k/a JULIA CROW, MARY
SWIESKOWSKI CUMMINS a/k/a
MARY CUMMINS, JANE
DESTAFNEY, ANDREA HACKEL,
NANCY HALFORD, ELIZABETH
KING, FRAN ORNDORFF LEE a/k/a
FRAN LEE, KATHLEEN
MARGARET MCCARTAN a/k/a
KATHY MCCARTAN, JAMES R.
VILLINES a/k/a ROGER VILLINES,
and WILLIAM E. "BUDDY"
WHITTEN a/k/a BUDDY WHITTEN
a/k/a WILLIAM E. WHITTEN, and
DR. MICHÈLE LE BLANC as
Trustee of The Michèle Mius
d'Entremont Le Blanc de

Verdure Trust, and dismissed respondents STEPHEN R. MCCOLLUM, and DAVID CHRISTOPHER PENZONE a/k/a DAVE PENZONE,

Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.

June 10, 2026

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dr. Michèle Le Blanc, pro se, Petitioner.

No appearance for Respondents.

2